■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SILVINO MARTINEZ, Appellant. [993 NYS2d 499]—Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered December 20, 2010, convicting defendant, after a jury trial, of

course of sexual conduct against a child in the first degree, and sentencing him to a term of 20 years, unanimously affirmed.

Although a nurse practitioner's opinion testimony on the subject of the alleged sexual abuse exceeded the proper bounds of such testimony, the court's curative actions were sufficient to prevent prejudice, and reversal is not warranted. There is no significant probability that, but for the improper opinion testimony, defendant would have been acquitted (*see People v Diaz*, 15 NY3d 40, 49 [2010]). Concur—Tom, J.P., Friedman, Feinman, Gische and Kapnick, JJ.